

**FILED**

OCT 0 5 2009

DAVID CREWS, CLERK
BY
Deputy

IN THE UNITED STATES DISTRICT COUNTY
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CONSOLIDATED GRAIN AND BARGE
CO.                                                      **PLAINTIFF**

**VS.**                                CIVIL ACTION NO. 4:09CV105-A-S

DEES OIL COMPANY, INC.                           **DEFENDANT**

### COMPLAINT

**COMES NOW** Consolidated Grain and Barge Co., through undersigned counsel, and for its Complaint against Defendant, Dees Oil Company, Inc. states as follows:

1.      Plaintiff, Consolidated Grain and Barge Co., (hereinafter CGB) is a corporation organized and existing under laws of the State of Missouri.

2.      Defendant, Dees Oil Company, Inc. (hereinafter Dees) at all times pertinent hereto is and was a corporation existing under the laws of Mississippi. Its Registered Agent for service of process is James Michael Dees, 311 Hwy. 15 South, P. O. Box 98, Ripley, Mississippi 38663.

3.      Jurisdiction is vested in this Court under diversity of citizenship pursuant to 28 USC §1332 in that Plaintiff is a resident of a state other than Mississippi and Defendant is a resident of Mississippi with the amount in controversy exceeding $75,000.00.

4.      On or about July 21, 2008, Plaintiff and Defendant entered into three contracts (Contract Numbers 5912 for 500,000 pounds, 5913 for 300,000 pounds and 5914 for 500,000 pounds, copies of which are attached as Exhibit "A"), under which CGB agreed to sell and Dees agreed to purchase crude degummed soybean oil for use in the product of fuel

product of fuel commonly known as bio-diesel. Pursuant to the contractual agreements between CGB and Dees, Dees was to pick up the product in Memphis, Tennessee, during the later half on 2009.

5.    CGB agreed to sell and Dees agreed to purchase approximately 1.3 million pounds of the product known as crude degummed soy oil. Despite demands by CGB, Dees failed to take delivery of all the product contracted and is indebted to CGB for $333,215.83, which represents the difference in Market Price, at the time of cancellation of the Contracts together with prejudgment interest, post-judgment interest, attorney's fees and expenses.

6.    Pursuant to the Contracts of the parties, Dees was to take delivery of the product during the last half of 2008. Dees only took delivery of 170,000 pounds on Contract No. 5912. The parties agreed to extend the delivery period on the Contract to February 2009. Dees still failed to take delivery of the remaining 1,130,140 pounds under the Contracts before February 2009. After several requests from CGB for Dees to take delivery, Dees advised it would not and CGB cancelled the Contracts. CGB established its loss of market price compared to the Contract prices in the amount of $333,215.83 together with prejudgment interest, post-judgment interest, attorney's fees and expenses.

7.    As a direct proximate cause of the breach of the contractual obligations owed to CGB by Dees, CGB is entitled to a judgment against Dees in the amount of $333,215.83 together with prejudgment interest, post- judgment interest, attorney's fees and expenses.

8.    CGB relied on Dees to its detriment to fulfill its obligations under the contractual agreements between CGB and Dees and as a direct proximate cause of the failure of Dees to honor and fulfill its contractual obligations, CGB is entitled to a judgment for its detrimental reliance against Dees for $333,215.83 together with prejudgment interest, post-

2

interest, post-judgment interest, attorney's fees and expenses.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, CGB, prays that this Court will enter its Judgment in favor of Plaintiff and against Defendant, Dees, in the amount of $333,215.83 together with prejudgment interest, post-judgment interest, attorney's fees and expenses.

**RESPECTFULLY SUBMITTED**, this the 25th day of September, 2009.

**CONSOLIDATED GRAIN AND BARGE CO.**

BY:    /s/ Joel J. Henderson
**JOEL J. HENDERSON, MSB #2264**

/s/ Edward D. Lamar
**EDWARD D. LAMAR, MSB #1780**

**OF COUNSEL:**
**HENDERSON DANTONE, P.A.**
P. O. Box 778
Greenville, MS 38702-0778
Telephone:   662-378-3400
Facsimile:    662-378-3413

## CERTIFICATE OF SERVICE

I, Joel J. Henderson, attorney for Plaintiff, Consolidated Grain and Barge Co., do hereby certify that I have on the 25th day of September, 2009 electronically filed a true and correct copy of the above with the Clerk of the Court.

/s/ Joel J. Henderson
**JOEL J. HENDERSON**

**Deltacom, Inc.**
850 Ridge Lake Blvd., Ste. 1
Memphis, TN 38120

Fax 901-761-8499
Office Phone 901-761-8425
Residence 901-757-5819
Residence 843-342-5386

CONFIRMATION NO.        9137
SELLERS CONTRACT NO    5912
BUYERS CONTRACT NO                                07/21/08

WE ARE PLEASED TO CONFIRM THE FOLLOWING:

SELLER -              CONSOLIDATED GRAIN AND BARGE CO.
                      P.O. BOX 289
                      MT. VERNON, IN  47620-0289

BUYER -               Dees Oil Co., Inc.
                      Attn: Michael Dees
                      P.O. Box 98
                      311 City Ave South
                      Ripley, MS  38663

COMMODITY -           Crude Degummed Soybean Oil

QUANTITY-             500,000 lbs.

PRICE -               64.20 cents per lb.       Ex Tank  ACBL  Memphis, TN

SPECIFICATIONS -      NOPA 103-3A

SHIPMENT -            September 2008

WEIGHTS & GRADES -    Ex Tank Weights & Grades

PAYMENT -             Wire transfer prior to pick up

BROKERAGE -           10 cents per cwt.

OTHER CONDITIONS

*CGB #5912* (handwritten)

BY: _____                    _____
            BUYER                                        SELLER

                                                _____
                                                   AS BROKERS ONLY



SPECIAL CONTRACT TERMS

1. This contract shall be governed and construed in accordance with the applicable trading rules of the National Oilseed Processor's Association. Buyer acknowledges familiarity with said rules and except as modified or limited herein agrees to be bound by the terms and conditions thereof.

2. SELLER MAKES NO WARRANTY EXPRESS OR IMPLIED INCLUDING THAT OF FITNESS FOR A PARTICULAR PURPOSE EXCEPT THAT SELLER WARRANTS THE PRODUCE SOLD HEREUNDER SHALL BE OF MERCHANTABLE QUALITY. BUYER ASSUMES ALL RISK AND LIABILITY FOR RESULTS OBTAINED BY THE USE OF THE PRODUCT COVERED BY THIS CONTRACT WHETHER USED SINGLY OR IN COMBINATION WITH OTHER PRODUCTS. SELLER SHALL IN NO EVENT BE RESPONSIBLE FOR ANY CONSEQUENTIAL DAMAGES AND BUYERS REMEDIES SHALL BE LIMITED TO REPLACEMENT OR ADJUSTMENT FOR DEFECTIVE PRODUCT AND IN NO EVENT EXCEED THE PURCHASE PRICE OF THE DEFECTIVE PRODUCT.

3. This contract is specifically limited to the terms and conditions stated herein. The terms and provisions set forth herein shall prevail insofar as they may in any way conflict with any terms or conditions of buyers order or confirmation.

4. Sellers performance hereunder, including delivery on the date specified shall be excused where such failure to perform or delay is attributable to any cause or reason beyond its control including but not limited to product shortages, labor trouble, government regulations, transportation difficulties, acts of God, or other causes of like or different character beyond its control.

5. Once placed, an order may not be canceled by buyer except with the written consent of the seller.

6. If any tax, duty, or tariff, or increase thereof, is or shall be assessed or imposed on this transaction or any aspect thereof, or if any change shall be made in the present customs or railway classification of said goods or raw materials or existing freight rates, each such charge or change shall be for buyer's account.

7. Failure on the part of the seller to deliver or perform in accordance with any installment of this contract shall not be a breach of the entire agreement.

8. Seller's weights are to govern settlement. On sales made F.O.B. delivered basis, no allowance for shortage or damage shall be made by seller unless buyer furnishes acknowledgment from the carrier that the same occurred in transit. On sales made F.O.B. seller's plant or warehouse, buyer will, in the event of loss or damage in transit file its own claim with carrier.

9. Buyer waives all claims unless made in writing and delivered to seller within 10 days after receiving the goods. Any action by buyer for a breach of this contract must be commenced within one year after the cause of action has accrued.

10. Any change in price or other terms of this contract caused by government regulations will entitle seller, at its option, to cancel any unshipped portion thereof.

11. Seller warrants that it has complied with all federal laws, regulations, and orders issued pursuant to such laws which govern seller's performance hereunder.

12. In addition to the applicable trading rules of NOPA (National Oilseed Processor's Association) this agreement shall be governed by and construed in accordance with the Uniform Commercial Code and the laws of the State of Indiana.

13. This agreement constitutes the entire agreement between the parties hereof and neither party shall be bound by any statement, representation, or course of dealing not specifically incorporated here.

14. If seller is required to seek Court Action or legal services concerning this Sales Contract, then Seller shall be entitled to its legal costs and attorney fees paid by the wrongful party.

15. Any advance in applicable freight rates taking effect prior to passage of title hereof shall be for Buyer's account.

**SALES
CONTRACT
CONFIRMATION**

**CGB CONSOLIDATED GRAIN AND BARGE CO.**

CGB PROCESSING  P.O. BOX 289
MT. VERNON, IN   47620  812-838-6651

DATE  07/21/08

CONTRACT
NUMBER    0005912

SOLD TO:

57001806
DEES OIL CO INC
PO BOX 96
311 CITY AVE SOUTH
RIPLEY MS  38663

TOTAL QUANTITY:      500,000 LBS

COMMODITY:      DEGUMMED SOYBEAN OIL

SCHEDULE   01
SCHED. QUANTITY:     169,860 LBS

TYPE:           PRICED

CONTRACT PRICE:      .6420  PER LB

DELIVERY TERMS: FOB MEMPHIS TA

TRANSPORT MODE: TRUCK

WEIGHTS:      Origin

SHIPMENT:       09/01/08 THRU 09/30/08

GRADES:       Origin

OTHER CONDITIONS:

  DELTA COM #9137

MERCHANDISER:   BILL McBEE

**NOPA Trading Rules to Govern**

This contract also includes, and is subject to, the terms and conditions on the reverse side.

Please sign and return one copy to:  Consolidated Grain & Barge, P.O. Box 289, Mount Vernon, IN  47620

Consolidated Grain & Barge, Inc.

| By | Date | By | Date |
|---|---|---|---|
| Seller | | Buyer | |

SPECIAL CONTRACT TERMS

1. This contract shall be governed and construed in accordance with the applicable trading rules of the National Oilseed Processor's Association. Buyer acknowledges familiarity with said rules and except as modified or limited herein agrees to be bound by the terms and conditions thereof.

2. SELLER MAKES NO WARRANTY EXPRESS OR IMPLIED INCLUDING THAT OF FITNESS FOR A PARTICULAR PURPOSE EXCEPT THAT SELLER WARRANTS THE PRODUCE SOLD HEREUNDER SHALL BE OF MERCHANTABLE QUALITY. BUYER ASSUMES ALL RISK AND LIABILITY FOR RESULTS OBTAINED BY THE USE OF THE PRODUCT COVERED BY THIS CONTRACT WHETHER USED SINGLY OR IN COMBINATION WITH OTHER PRODUCTS. SELLER SHALL IN NO EVENT BE RESPONSIBLE FOR ANY CONSEQUENTIAL DAMAGES AND BUYERS REMEDIES SHALL BE LIMITED TO REPLACEMENT OR ADJUSTMENT FOR DEFECTIVE PRODUCT AND IN NO EVENT EXCEED THE PURCHASE PRICE OF THE DEFECTIVE PRODUCT.

3. This contract is specifically limited to the terms and conditions stated herein. The terms and provisions set forth herein shall prevail insofar as they may in any way conflict with any terms or conditions of buyers order or confirmation.

4. Sellers performance hereunder, including delivery on the date specified shall be excused where such failure to perform or delay is attributable to any cause or reason beyond its control including but not limited to product shortages, labor trouble, government regulations, transportation difficulties, acts of God, or other causes of like or different character beyond its control.

5. Once placed, an order may not be canceled by buyer except with the written consent of the seller.

6. If any tax, duty, or tariff, or increase thereof, is or shall be assessed or imposed on this transaction or any aspect thereof, or if any change shall be made in the present customs or railway classification of said goods or raw materials or existing freight rates, each such charge or change shall be for buyer's account.

7. Failure on the part of the seller to deliver or perform in accordance with any installment of this contract shall not be a breach of the entire agreement.

8. Seller's weights are to govern settlement. On sales made F.O.B. delivered basis, no allowance for shortage or damage shall be made by seller unless buyer furnishes acknowledgment from the carrier that the same occurred in transit. On sales made F.O.B. seller's plant or warehouse, buyer will, in the event of loss or damage in transit file its own claim with carrier.

9. Buyer waives all claims unless made in writing and delivered to seller within 10 days after receiving the goods. Any action by buyer for a breach of this contract must be commenced within one year after the cause of action has accrued.

10. Any change in price or other terms of this contract caused by government regulations will entitle seller, at its option, to cancel any unshipped portion thereof.

11. Seller warrants that it has complied with all federal laws, regulations, and orders issued pursuant to such laws which govern seller's performance hereunder.

12. In addition to the applicable trading rules of NOPA (National Oilseed Processor's Association) this agreement shall be governed by and construed in accordance with the Uniform Commercial Code and the laws of the State of Indiana.

13. This agreement constitutes the entire agreement between the parties hereof and neither party shall be bound by any statement, representation, or course of dealing not specifically incorporated here.

14. If seller is required to seek Court Action or legal services concerning this Sales Contract, then Seller shall be entitled to its legal costs and attorney fees paid by the wrongful party.

15. Any advance in applicable freight rates taking effect prior to passage of title hereof shall be for Buyer's account.

**SALES
CONTRACT
CONFIRMATION**

CGB CONSOLIDATED GRAIN AND BARGE CO.

CGB PROCESSING   P.O. BOX 289
MT. VERNON, IN    47620   812-838-6651

DATE  07/21/08

CONTRACT
NUMBER   0005912

SOLD TO:

57001806
DEES OIL CO INC
PO BOX 96
311 CITY AVE SOUTH
RIPLEY MS  38663

|  |  |  |  |
|---|---|---|---|
| | | TOTAL QUANTITY: | 500,000 LBS |
| | | SCHEDULE   02 | |
| COMMODITY: | DEGUMMED SOYBEAN OIL | SCHED. QUANTITY: | 330,140 LBS |
| TYPE: | PRICED | CONTRACT PRICE: | .6420  PER LB |
| DELIVERY TERMS: | FOB MEMPHIS TA | | |
| TRANSPORT MODE: | TRUCK | WEIGHTS: | Origin |
| SHIPMENT: | 02/01/09 THRU 02/28/09 | GRADES: | Origin |

OTHER CONDITIONS:

DELTA COM #9137

MERCHANDISER:   BILL McBEE

**NOPA Trading Rules to Govern**

**This contract also includes, and is subject to, the terms and conditions on the reverse side.**

**Please sign and return one copy to:  Consolidated Grain & Barge, P.O. Box 289, Mount Vernon, IN  47620**

Consolidated Grain & Barge, Inc.

| By | Date | By | Date |
|---|---|---|---|
| Seller | | Buyer | |

SPECIAL CONTRACT TERMS

1. This contract shall be governed and construed in accordance with the applicable trading rules of the National Oilseed Processor's Association. Buyer acknowledges familiarity with said rules and except as modified or limited herein agrees to be bound by the terms and conditions thereof.

2. SELLER MAKES NO WARRANTY EXPRESS OR IMPLIED INCLUDING THAT OF FITNESS FOR A PARTICULAR PURPOSE EXCEPT THAT SELLER WARRANTS THE PRODUCE SOLD HEREUNDER SHALL BE OF MERCHANTABLE QUALITY. BUYER ASSUMES ALL RISK AND LIABILITY FOR RESULTS OBTAINED BY THE USE OF THE PRODUCT COVERED BY THIS CONTRACT WHETHER USED SINGLY OR IN COMBINATION WITH OTHER PRODUCTS. SELLER SHALL IN NO EVENT BE RESPONSIBLE FOR ANY CONSEQUENTIAL DAMAGES AND BUYERS REMEDIES SHALL BE LIMITED TO REPLACEMENT OR ADJUSTMENT FOR DEFECTIVE PRODUCT AND IN NO EVENT EXCEED THE PURCHASE PRICE OF THE DEFECTIVE PRODUCT.

3. This contract is specifically limited to the terms and conditions stated herein. The terms and provisions set forth herein shall prevail insofar as they may in any way conflict with any terms or conditions of buyers order or confirmation.

4. Sellers performance hereunder, including delivery on the date specified shall be excused where such failure to perform or delay is attributable to any cause or reason beyond its control including but not limited to product shortages, labor trouble, government regulations, transportation difficulties, acts of God, or other causes of like or different character beyond its control.

5. Once placed, an order may not be canceled by buyer except with the written consent of the seller.

6. If any tax, duty, or tariff, or increase thereof, is or shall be assessed or imposed on this transaction or any aspect thereof, or if any change shall be made in the present customs or railway classification of said goods or raw materials or existing freight rates, each such charge or change shall be for buyer's account.

7. Failure on the part of the seller to deliver or perform in accordance with any installment of this contract shall not be a breach of the entire agreement.

8. Seller's weights are to govern settlement. On sales made F.O.B. delivered basis, no allowance for shortage or damage shall be made by seller unless buyer furnishes acknowledgment from the carrier that the same occurred in transit. On sales made F.O.B. seller's plant or warehouse, buyer will, in the event of loss or damage in transit file its own claim with carrier.

9. Buyer waives all claims unless made in writing and delivered to seller within 10 days after receiving the goods. Any action by buyer for a breach of this contract must be commenced within one year after the cause of action has accrued.

10. Any change in price or other terms of this contract caused by government regulations will entitle seller, at its option, to cancel any unshipped portion thereof.

11. Seller warrants that it has complied with all federal laws, regulations, and orders issued pursuant to such laws which govern seller's performance hereunder.

12. In addition to the applicable trading rules of NOPA (National Oilseed Processor's Association) this agreement shall be governed by and construed in accordance with the Uniform Commercial Code and the laws of the State of Indiana.

13. This agreement constitutes the entire agreement between the parties hereof and neither party shall be bound by any statement, representation, or course of dealing not specifically incorporated here.

14. If seller is required to seek Court Action or legal services concerning this Sales Contract, then Seller shall be entitled to its legal costs and attorney fees paid by the wrongful party.

15. Any advance in applicable freight rates taking effect prior to passage of title hereof shall be for Buyer's account.

**Deltacom, Inc.**
850 Ridge Lake Blvd., Ste. 1
Memphis, TN 38120

Fax 901-761-8499
Office Phone 901-761-8425
Residence 901-757-5819
Residence 843-342-5386

CONFIRMATION NO.          9138
SELLERS CONTRACT NO.      5913
BUYERS CONTRACT NO.                                      07/21/08

WE ARE PLEASED TO CONFIRM THE FOLLOWING:

SELLER -              CONSOLIDATED GRAIN AND BARGE CO.
                      P.O. BOX 289
                      MT. VERNON, IN  47620-0289

BUYER -               Dees Oil Co., Inc
                      Attn: Michael Dees
                      P.O. Box 98
                      311 City Ave South
                      Ripley, MS  38663

COMMODITY -           Crude Degummed Soybean Oil

QUANTITY -            300,000 lbs.

PRICE -               63.46 cents per lb      Ex Tank  ACBL  Memphis, TN

SPECIFICATIONS -      NOPA 103-3A

SHIPMENT -            September 2008

WEIGHTS & GRADES -    Ex Tank Weights & Grades

PAYMENT -             Wire transfer prior to pick up

BROKERAGE -           10 cents per cwt

OTHER CONDITIONS

*CGB*
*# 5913*

BY: _____              _____
              BUYER                                      SELLER


                                             _____
                                                  AS BROKERS ONLY

SPECIAL CONTRACT TERMS

1. This contract shall be governed and construed in accordance with the applicable trading rules of the National Oilseed Processor's Association. Buyer acknowledges familiarity with said rules and except as modified or limited herein agrees to be bound by the terms and conditions thereof.

2. SELLER MAKES NO WARRANTY EXPRESS OR IMPLIED INCLUDING THAT OF FITNESS FOR A PARTICULAR PURPOSE EXCEPT THAT SELLER WARRANTS THE PRODUCE SOLD HEREUNDER SHALL BE OF MERCHANTABLE QUALITY. BUYER ASSUMES ALL RISK AND LIABILITY FOR RESULTS OBTAINED BY THE USE OF THE PRODUCT COVERED BY THIS CONTRACT WHETHER USED SINGLY OR IN COMBINATION WITH OTHER PRODUCTS. SELLER SHALL IN NO EVENT BE RESPONSIBLE FOR ANY CONSEQUENTIAL DAMAGES AND BUYERS REMEDIES SHALL BE LIMITED TO REPLACEMENT OR ADJUSTMENT FOR DEFECTIVE PRODUCT AND IN NO EVENT EXCEED THE PURCHASE PRICE OF THE DEFECTIVE PRODUCT.

3. This contract is specifically limited to the terms and conditions stated herein. The terms and provisions set forth herein shall prevail insofar as they may in any way conflict with any terms or conditions of buyers order or confirmation.

4. Sellers performance hereunder, including delivery on the date specified shall be excused where such failure to perform or delay is attributable to any cause or reason beyond its control including but not limited to product shortages, labor trouble, government regulations, transportation difficulties, acts of God, or other causes of like or different character beyond its control.

5. Once placed, an order may not be canceled by buyer except with the written consent of the seller.

6. If any tax, duty, or tariff, or increase thereof, is or shall be assessed or imposed on this transaction or any aspect thereof, or if any change shall be made in the present customs or railway classification of said goods or raw materials or existing freight rates, each such charge or change shall be for buyer's account.

7. Failure on the part of the seller to deliver or perform in accordance with any installment of this contract shall not be a breach of the entire agreement.

8. Seller's weights are to govern settlement. On sales made F.O.B. delivered basis, no allowance for shortage or damage shall be made by seller unless buyer furnishes acknowledgment from the carrier that the same occurred in transit. On sales made F.O.B. seller's plant or warehouse, buyer will, in the event of loss or damage in transit file its own claim with carrier.

9. Buyer waives all claims unless made in writing and delivered to seller within 10 days after receiving the goods. Any action by buyer for a breach of this contract must be commenced within one year after the cause of action has accrued.

10. Any change in price or other terms of this contract caused by government regulations will entitle seller, at its option, to cancel any unshipped portion thereof.

11. Seller warrants that it has complied with all federal laws, regulations, and orders issued pursuant to such laws which govern seller's performance hereunder.

12. In addition to the applicable trading rules of NOPA (National Oilseed Processor's Association) this agreement shall be governed by and construed in accordance with the Uniform Commercial Code and the laws of the State of Indiana.

13. This agreement constitutes the entire agreement between the parties hereof and neither party shall be bound by any statement, representation, or course of dealing not specifically incorporated here.

14. If seller is required to seek Court Action or legal services concerning this Sales Contract, then Seller shall be entitled to its legal costs and attorney fees paid by the wrongful party.

15. Any advance in applicable freight rates taking effect prior to passage of title hereof shall be for Buyer's account.

**SALES**
**CONTRACT**
**CONFIRMATION**

**CGB CONSOLIDATED GRAIN AND BARGE CO.**
CGB PROCESSING  P.O. BOX 289
MT. VERNON, IN   47620  812-838-6651

DATE   07/21/08

CONTRACT
NUMBER   0005913

SOLD TO:

57001806
DEES OIL CO INC
PO BOX 96
311 CITY AVE SOUTH
RIPLEY MS   38663

TOTAL QUANTITY:      300,000 LBS

|  |  |  |  |
|---|---|---|---|
| COMMODITY: | DEGUMMED SOYBEAN OIL | SCHEDULE   01 SCHED. QUANTITY: | 300,000 LBS |
| TYPE: | PRICED | CONTRACT PRICE: | .6346  PER LB |
| DELIVERY TERMS: | FOB MEMPHIS TA | | |
| TRANSPORT MODE: | TRUCK | WEIGHTS: | Origin |
| SHIPMENT: | 02/01/09 THRU 02/28/09 | GRADES: | Origin |

OTHER CONDITIONS:

   DELTA COM #9138

MERCHANDISER:   BILL McBEE

**NOPA Trading Rules to Govern**

This contract also includes, and is subject to, the terms and conditions on the reverse side.

Please sign and return one copy to: **Consolidated Grain & Barge, P.O. Box 289, Mount Vernon, IN  47620**

Consolidated Grain & Barge, Inc.

| By | Date | By | Date |
|---|---|---|---|
| Seller | | Buyer | |

SPECIAL CONTRACT TERMS

1. This contract shall be governed and construed in accordance with the applicable trading rules of the National Oilseed Processor's Association. Buyer acknowledges familiarity with said rules and except as modified or limited herein agrees to be bound by the terms and conditions thereof.

2. SELLER MAKES NO WARRANTY EXPRESS OR IMPLIED INCLUDING THAT OF FITNESS FOR A PARTICULAR PURPOSE EXCEPT THAT SELLER WARRANTS THE PRODUCE SOLD HEREUNDER SHALL BE OF MERCHANTABLE QUALITY. BUYER ASSUMES ALL RISK AND LIABILITY FOR RESULTS OBTAINED BY THE USE OF THE PRODUCT COVERED BY THIS CONTRACT WHETHER USED SINGLY OR IN COMBINATION WITH OTHER PRODUCTS. SELLER SHALL IN NO EVENT BE RESPONSIBLE FOR ANY CONSEQUENTIAL DAMAGES AND BUYERS REMEDIES SHALL BE LIMITED TO REPLACEMENT OR ADJUSTMENT FOR DEFECTIVE PRODUCT AND IN NO EVENT EXCEED THE PURCHASE PRICE OF THE DEFECTIVE PRODUCT.

3. This contract is specifically limited to the terms and conditions stated herein. The terms and provisions set forth herein shall prevail insofar as they may in any way conflict with any terms or conditions of buyers order or confirmation.

4. Sellers performance hereunder, including delivery on the date specified shall be excused where such failure to perform or delay is attributable to any cause or reason beyond its control including but not limited to product shortages, labor trouble, government regulations, transportation difficulties, acts of God, or other causes of like or different character beyond its control.

5. Once placed, an order may not be canceled by buyer except with the written consent of the seller.

6. If any tax, duty, or tariff, or increase thereof, is or shall be assessed or imposed on this transaction or any aspect thereof, or if any change shall be made in the present customs or railway classification of said goods or raw materials or existing freight rates, each such charge or change shall be for buyer's account.

7. Failure on the part of the seller to deliver or perform in accordance with any installment of this contract shall not be a breach of the entire agreement.

8. Seller's weights are to govern settlement. On sales made F.O.B. delivered basis, no allowance for shortage or damage shall be made by seller unless buyer furnishes acknowledgment from the carrier that the same occurred in transit. On sales made F.O.B. seller's plant or warehouse, buyer will, in the event of loss or damage in transit file its own claim with carrier.

9. Buyer waives all claims unless made in writing and delivered to seller within 10 days after receiving the goods. Any action by buyer for a breach of this contract must be commenced within one year after the cause of action has accrued.

10. Any change in price or other terms of this contract caused by government regulations will entitle seller, at its option, to cancel any unshipped portion thereof.

11. Seller warrants that it has complied with all federal laws, regulations, and orders issued pursuant to such laws which govern seller's performance hereunder.

12. In addition to the applicable trading rules of NOPA (National Oilseed Processor's Association) this agreement shall be governed by and construed in accordance with the Uniform Commercial Code and the laws of the State of Indiana.

13. This agreement constitutes the entire agreement between the parties hereof and neither party shall be bound by any statement, representation, or course of dealing not specifically incorporated here.

14. If seller is required to seek Court Action or legal services concerning this Sales Contract, then Seller shall be entitled to its legal costs and attorney fees paid by the wrongful party.

15. Any advance in applicable freight rates taking effect prior to passage of title hereof shall be for Buyer's account.

**SALES**
**CONTRACT**
**CONFIRMATION**

**CGB CONSOLIDATED GRAIN AND BARGE CO.**

CGB PROCESSING  P.O. BOX 289
MT. VERNON, IN    47620  812-838-6651

DATE    07/21/08

CONTRACT
NUMBER    0005913

SOLD TO:

57001806
DEES OIL CO INC
PO BOX 96
311 CITY AVE SOUTH
RIPLEY MS   38663

|  |  |
|---|---|
| | TOTAL QUANTITY:     300,000 LBS |
| | SCHEDULE   01 |
| COMMODITY:    DEGUMMED SOYBEAN OIL | SCHED. QUANTITY:   300,000 LBS |
| TYPE:         PRICED | CONTRACT BASIS:   .0225 |
| | CBOT  09/2008 |
| DELIVERY TERMS: FOB MEMPHIS TA | |
| TRANSPORT MODE: TRUCK | WEIGHTS:     Origin |
| SHIPMENT:      02/01/09 THRU 02/28/09 | GRADES:      Origin |

OTHER CONDITIONS:

    DELTA COM #9138

MERCHANDISER:   BILL McBEE

**NOPA Trading Rules to Govern**

**This contract also includes, and is subject to, the terms and conditions on the reverse side.**

**Please sign and return one copy to: Consolidated Grain & Barge, P.O. Box 289, Mount Vernon, IN  47620**

Consolidated Grain & Barge, Inc.

| By | Date | | By | Date |
|---|---|---|---|---|
| | Seller | | | Buyer |

SPECIAL CONTRACT TERMS

1. This contract shall be governed and construed in accordance with the applicable trading rules of the National Oilseed Processor's Association. Buyer acknowledges familiarity with said rules and except as modified or limited herein agrees to be bound by the terms and conditions thereof.

2. SELLER MAKES NO WARRANTY EXPRESS OR IMPLIED INCLUDING THAT OF FITNESS FOR A PARTICULAR PURPOSE EXCEPT THAT SELLER WARRANTS THE PRODUCE SOLD HEREUNDER SHALL BE OF MERCHANTABLE QUALITY. BUYER ASSUMES ALL RISK AND LIABILITY FOR RESULTS OBTAINED BY THE USE OF THE PRODUCT COVERED BY THIS CONTRACT WHETHER USED SINGLY OR IN COMBINATION WITH OTHER PRODUCTS. SELLER SHALL IN NO EVENT BE RESPONSIBLE FOR ANY CONSEQUENTIAL DAMAGES AND BUYERS REMEDIES SHALL BE LIMITED TO REPLACEMENT OR ADJUSTMENT FOR DEFECTIVE PRODUCT AND IN NO EVENT EXCEED THE PURCHASE PRICE OF THE DEFECTIVE PRODUCT.

3. This contract is specifically limited to the terms and conditions stated herein. The terms and provisions set forth herein shall prevail insofar as they may in any way conflict with any terms or conditions of buyers order or confirmation.

4. Sellers performance hereunder, including delivery on the date specified shall be excused where such failure to perform or delay is attributable to any cause or reason beyond its control including but not limited to product shortages, labor trouble, government regulations, transportation difficulties, acts of God, or other causes of like or different character beyond its control.

5. Once placed, an order may not be canceled by buyer except with the written consent of the seller.

6. If any tax, duty, or tariff, or increase thereof, is or shall be assessed or imposed on this transaction or any aspect thereof, or if any change shall be made in the present customs or railway classification of said goods or raw materials or existing freight rates, each such charge or change shall be for buyer's account.

7. Failure on the part of the seller to deliver or perform in accordance with any installment of this contract shall not be a breach of the entire agreement.

8. Seller's weights are to govern settlement. On sales made F.O.B. delivered basis, no allowance for shortage or damage shall be made by seller unless buyer furnishes acknowledgment from the carrier that the same occurred in transit. On sales made F.O.B. seller's plant or warehouse, buyer will, in the event of loss or damage in transit file its own claim with carrier.

9. Buyer waives all claims unless made in writing and delivered to seller within 10 days after receiving the goods. Any action by buyer for a breach of this contract must be commenced within one year after the cause of action has accrued.

10. Any change in price or other terms of this contract caused by government regulations will entitle seller, at its option, to cancel any unshipped portion thereof.

11. Seller warrants that it has complied with all federal laws, regulations, and orders issued pursuant to such laws which govern seller's performance hereunder.

12. In addition to the applicable trading rules of NOPA (National Oilseed Processor's Association) this agreement shall be governed by and construed in accordance with the Uniform Commercial Code and the laws of the State of Indiana.

13. This agreement constitutes the entire agreement between the parties hereof and neither party shall be bound by any statement, representation, or course of dealing not specifically incorporated here.

14. If seller is required to seek Court Action or legal services concerning this Sales Contract, then Seller shall be entitled to its legal costs and attorney fees paid by the wrongful party.

15. Any advance in applicable freight rates taking effect prior to passage of title hereof shall be for Buyer's account.

**Deltacom, Inc.**
850 Ridge Lake Blvd., Ste. 1
Memphis, TN 38120

Fax 901-761-8499
Office Phone 901-761-8425
Residence 901-757-5819
Residence 843-342-5386

CONFIRMATION NO.          9139
SELLERS CONTRACT NO      5914
BUYERS CONTRACT NO                                          07/21/08

WE ARE PLEASED TO CONFIRM THE FOLLOWING:

SELLER -              CONSOLIDATED GRAIN AND BARGE CO.
                     P.O. BOX 289
                     MT. VERNON, IN  47620-0289


BUYER -              Dees Oil Co., Inc.
                     Attn: Michael Dees
                     P.O. Box 98
                     311 City Ave South
                     Ripley, MS  38663


COMMODITY -          Crude Degummed Soybean Oil


QUANTITY-            500,000 lbs


PRICE -              63.75 cents per lb.        Ex Tank  ACBL  Memphis, TN          *CGB*
                                                                                    *# 5914*

SPECIFICATIONS -     NOPA 103-3A


SHIPMENT -           October 2008


WEIGHTS & GRADES -   Ex Tank Weights & Grades


PAYMENT -            Wire transfer prior to pick up


BROKERAGE -          10 cents per cwt.

OTHER CONDITIONS




BY: _____          _____
              BUYER                              SELLER


                                        _____
                                            AS BROKERS ONLY

SPECIAL CONTRACT TERMS

1. This contract shall be governed and construed in accordance with the applicable trading rules of the National Oilseed Processor's Association. Buyer acknowledges familiarity with said rules and except as modified or limited herein agrees to be bound by the terms and conditions thereof.

2. SELLER MAKES NO WARRANTY EXPRESS OR IMPLIED INCLUDING THAT OF FITNESS FOR A PARTICULAR PURPOSE EXCEPT THAT SELLER WARRANTS THE PRODUCE SOLD HEREUNDER SHALL BE OF MERCHANTABLE QUALITY. BUYER ASSUMES ALL RISK AND LIABILITY FOR RESULTS OBTAINED BY THE USE OF THE PRODUCT COVERED BY THIS CONTRACT WHETHER USED SINGLY OR IN COMBINATION WITH OTHER PRODUCTS. SELLER SHALL IN NO EVENT BE RESPONSIBLE FOR ANY CONSEQUENTIAL DAMAGES AND BUYERS REMEDIES SHALL BE LIMITED TO REPLACEMENT OR ADJUSTMENT FOR DEFECTIVE PRODUCT AND IN NO EVENT EXCEED THE PURCHASE PRICE OF THE DEFECTIVE PRODUCT.

3. This contract is specifically limited to the terms and conditions stated herein. The terms and provisions set forth herein shall prevail insofar as they may in any way conflict with any terms or conditions of buyers order or confirmation.

4. Sellers performance hereunder, including delivery on the date specified shall be excused where such failure to perform or delay is attributable to any cause or reason beyond its control including but not limited to product shortages, labor trouble, government regulations, transportation difficulties, acts of God, or other causes of like or different character beyond its control.

5. Once placed, an order may not be canceled by buyer except with the written consent of the seller.

6. If any tax, duty, or tariff, or increase thereof, is or shall be assessed or imposed on this transaction or any aspect thereof, or if any change shall be made in the present customs or railway classification of said goods or raw materials or existing freight rates, each such charge or change shall be for buyer's account.

7. Failure on the part of the seller to deliver or perform in accordance with any installment of this contract shall not be a breach of the entire agreement.

8. Seller's weights are to govern settlement. On sales made F.O.B. delivered basis, no allowance for shortage or damage shall be made by seller unless buyer furnishes acknowledgment from the carrier that the same occurred in transit. On sales made F.O.B. seller's plant or warehouse, buyer will, in the event of loss or damage in transit file its own claim with carrier.

9. Buyer waives all claims unless made in writing and delivered to seller within 10 days after receiving the goods. Any action by buyer for a breach of this contract must be commenced within one year after the cause of action has accrued.

10. Any change in price or other terms of this contract caused by government regulations will entitle seller, at its option, to cancel any unshipped portion thereof.

11. Seller warrants that it has complied with all federal laws, regulations, and orders issued pursuant to such laws which govern seller's performance hereunder.

12. In addition to the applicable trading rules of NOPA (National Oilseed Processor's Association) this agreement shall be governed by and construed in accordance with the Uniform Commercial Code and the laws of the State of Indiana.

13. This agreement constitutes the entire agreement between the parties hereof and neither party shall be bound by any statement, representation, or course of dealing not specifically incorporated here.

14. If seller is required to seek Court Action or legal services concerning this Sales Contract, then Seller shall be entitled to its legal costs and attorney fees paid by the wrongful party.

15. Any advance in applicable freight rates taking effect prior to passage of title hereof shall be for Buyer's account.

**SALES**
**CONTRACT**
**CONFIRMATION**

DATE   07/21/08

**CONSOLIDATED**
**GRAIN AND BARGE CO.**
CGB PROCESSING   P.O. BOX 289
MT. VERNON, IN   47620   812-838-6651

CONTRACT
NUMBER   0005914

SOLD TO:

57001806
DEES OIL CO INC
PO BOX 96
311 CITY AVE SOUTH
RIPLEY MS   38663

TOTAL QUANTITY:      500,000 LBS

SCHEDULE   01

COMMODITY:      DEGUMMED SOYBEAN OIL          SCHED. QUANTITY:   500,000 LBS

TYPE:           PRICED                        CONTRACT PRICE:    .6375   PER LB

DELIVERY TERMS: FOB MEMPHIS

TRANSPORT MODE: TRUCK                         WEIGHTS:       Origin

SHIPMENT:       02/01/09 THRU 02/28/09        GRADES:        Origin

OTHER CONDITIONS:

    DELTA COM #9139

MERCHANDISER:   BILL McBEE

**NOPA Trading Rules to Govern**

This contract also includes, and is subject to, the terms and conditions on the reverse side.

Please sign and return one copy to:  Consolidated Grain & Barge, P.O. Box 289, Mount Vernon, IN  47620

Consolidated Grain & Barge, Inc.

| By | Date | By | Date |
|----|------|----|------|
| Seller | | Buyer | |

SPECIAL CONTRACT TERMS

1. This contract shall be governed and construed in accordance with the applicable trading rules of the National Oilseed Processor's Association. Buyer acknowledges familiarity with said rules and except as modified or limited herein agrees to be bound by the terms and conditions thereof.

2. SELLER MAKES NO WARRANTY EXPRESS OR IMPLIED INCLUDING THAT OF FITNESS FOR A PARTICULAR PURPOSE EXCEPT THAT SELLER WARRANTS THE PRODUCE SOLD HEREUNDER SHALL BE OF MERCHANTABLE QUALITY. BUYER ASSUMES ALL RISK AND LIABILITY FOR RESULTS OBTAINED BY THE USE OF THE PRODUCT COVERED BY THIS CONTRACT WHETHER USED SINGLY OR IN COMBINATION WITH OTHER PRODUCTS. SELLER SHALL IN NO EVENT BE RESPONSIBLE FOR ANY CONSEQUENTIAL DAMAGES AND BUYERS REMEDIES SHALL BE LIMITED TO REPLACEMENT OR ADJUSTMENT FOR DEFECTIVE PRODUCT AND IN NO EVENT EXCEED THE PURCHASE PRICE OF THE DEFECTIVE PRODUCT.

3. This contract is specifically limited to the terms and conditions stated herein. The terms and provisions set forth herein shall prevail insofar as they may in any way conflict with any terms or conditions of buyers order or confirmation.

4. Sellers performance hereunder, including delivery on the date specified shall be excused where such failure to perform or delay is attributable to any cause or reason beyond its control including but not limited to product shortages, labor trouble, government regulations, transportation difficulties, acts of God, or other causes of like or different character beyond its control.

5. Once placed, an order may not be canceled by buyer except with the written consent of the seller.

6. If any tax, duty, or tariff, or increase thereof, is or shall be assessed or imposed on this transaction or any aspect thereof, or if any change shall be made in the present customs or railway classification of said goods or raw materials or existing freight rates, each such charge or change shall be for buyer's account.

7. Failure on the part of the seller to deliver or perform in accordance with any installment of this contract shall not be a breach of the entire agreement.

8. Seller's weights are to govern settlement. On sales made F.O.B. delivered basis, no allowance for shortage or damage shall be made by seller unless buyer furnishes acknowledgment from the carrier that the same occurred in transit. On sales made F.O.B. seller's plant or warehouse, buyer will, in the event of loss or damage in transit file its own claim with carrier.

9. Buyer waives all claims unless made in writing and delivered to seller within 10 days after receiving the goods. Any action by buyer for a breach of this contract must be commenced within one year after the cause of action has accrued.

10. Any change in price or other terms of this contract caused by government regulations will entitle seller, at its option, to cancel any unshipped portion thereof.

11. Seller warrants that it has complied with all federal laws, regulations, and orders issued pursuant to such laws which govern seller's performance hereunder.

12. In addition to the applicable trading rules of NOPA (National Oilseed Processor's Association) this agreement shall be governed by and construed in accordance with the Uniform Commercial Code and the laws of the State of Indiana.

13. This agreement constitutes the entire agreement between the parties hereof and neither party shall be bound by any statement, representation, or course of dealing not specifically incorporated here.

14. If seller is required to seek Court Action or legal services concerning this Sales Contract, then Seller shall be entitled to its legal costs and attorney fees paid by the wrongful party.

15. Any advance in applicable freight rates taking effect prior to passage of title hereof shall be for Buyer's account.

**SALES**
**CONTRACT**
**CONFIRMATION**

**CONSOLIDATED**
**GRAIN AND BARGE CO.**
CGB PROCESSING   P.O. BOX 289
MT. VERNON, IN   47620  812-838-6651

DATE  07/21/08

CONTRACT
NUMBER   0005914

SOLD TO:

57001806
DEES OIL CO INC
PO BOX 96
311 CITY AVE SOUTH
RIPLEY MS  38663

TOTAL QUANTITY:      500,000 LBS

SCHEDULE   01
COMMODITY:      DEGUMMED SOYBEAN OIL      SCHED. QUANTITY:    500,000 LBS

TYPE:           PRICED                    CONTRACT BASIS:    .0225
                                                    CBOT  10/2008
DELIVERY TERMS: FOB MEMPHIS

TRANSPORT MODE: TRUCK                     WEIGHTS:       Origin

SHIPMENT:       02/01/09 THRU 02/28/09    GRADES:        Origin

OTHER CONDITIONS:

    DELTA COM #9139

MERCHANDISER:    BILL McBEE

**NOPA Trading Rules to Govern**

This contract also includes, and is subject to, the terms and conditions on the reverse side.

Please sign and return one copy to: **Consolidated Grain & Barge, P.O. Box 289, Mount Vernon, IN  47620**

Consolidated Grain & Barge, Inc.

| By | Date | By | Date |
|---|---|---|---|
| Seller | | Buyer | |

SPECIAL CONTRACT TERMS

1. This contract shall be governed and construed in accordance with the applicable trading rules of the National Oilseed Processor's Association. Buyer acknowledges familiarity with said rules and except as modified or limited herein agrees to be bound by the terms and conditions thereof.

2. SELLER MAKES NO WARRANTY EXPRESS OR IMPLIED INCLUDING THAT OF FITNESS FOR A PARTICULAR PURPOSE EXCEPT THAT SELLER WARRANTS THE PRODUCE SOLD HEREUNDER SHALL BE OF MERCHANTABLE QUALITY. BUYER ASSUMES ALL RISK AND LIABILITY FOR RESULTS OBTAINED BY THE USE OF THE PRODUCT COVERED BY THIS CONTRACT WHETHER USED SINGLY OR IN COMBINATION WITH OTHER PRODUCTS. SELLER SHALL IN NO EVENT BE RESPONSIBLE FOR ANY CONSEQUENTIAL DAMAGES AND BUYERS REMEDIES SHALL BE LIMITED TO REPLACEMENT OR ADJUSTMENT FOR DEFECTIVE PRODUCT AND IN NO EVENT EXCEED THE PURCHASE PRICE OF THE DEFECTIVE PRODUCT.

3. This contract is specifically limited to the terms and conditions stated herein. The terms and provisions set forth herein shall prevail insofar as they may in any way conflict with any terms or conditions of buyers order or confirmation.

4. Sellers performance hereunder, including delivery on the date specified shall be excused where such failure to perform or delay is attributable to any cause or reason beyond its control including but not limited to product shortages, labor trouble, government regulations, transportation difficulties, acts of God, or other causes of like or different character beyond its control.

5. Once placed, an order may not be canceled by buyer except with the written consent of the seller.

6. If any tax, duty, or tariff, or increase thereof, is or shall be assessed or imposed on this transaction or any aspect thereof, or if any change shall be made in the present customs or railway classification of said goods or raw materials or existing freight rates, each such charge or change shall be for buyer's account.

7. Failure on the part of the seller to deliver or perform in accordance with any installment of this contract shall not be a breach of the entire agreement.

8. Seller's weights are to govern settlement. On sales made F.O.B. delivered basis, no allowance for shortage or damage shall be made by seller unless buyer furnishes acknowledgment from the carrier that the same occurred in transit. On sales made F.O.B. seller's plant or warehouse, buyer will, in the event of loss or damage in transit file its own claim with carrier.

9. Buyer waives all claims unless made in writing and delivered to seller within 10 days after receiving the goods. Any action by buyer for a breach of this contract must be commenced within one year after the cause of action has accrued.

10. Any change in price or other terms of this contract caused by government regulations will entitle seller, at its option, to cancel any unshipped portion thereof.

11. Seller warrants that it has complied with all federal laws, regulations, and orders issued pursuant to such laws which govern seller's performance hereunder.

12. In addition to the applicable trading rules of NOPA (National Oilseed Processor's Association) this agreement shall be governed by and construed in accordance with the Uniform Commercial Code and the laws of the State of Indiana.

13. This agreement constitutes the entire agreement between the parties hereof and neither party shall be bound by any statement, representation, or course of dealing not specifically incorporated here.

14. If seller is required to seek Court Action or legal services concerning this Sales Contract, then Seller shall be entitled to its legal costs and attorney fees paid by the wrongful party.

15. Any advance in applicable freight rates taking effect prior to passage of title hereof shall be for Buyer's account.